IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

vs.                                                                 Civ. No. 16-1238 KG/KK

THE MAIN EVENT SPORTS BAR
& GRILL, LLC d/b/a THE MAIN
EVENT SPORTS BAR & GRILL,
SCOTT WAYNE BIBIANO,

    Defendants.

## DEFAULT JUDGMENT AS TO LIABILITY

On May 5, 2017, the Clerk of the Court entered defaults as to both Defendants. (Docs. 14 and 15). Then, on May 17, 2017, Plaintiff filed its Motion for Entry of Default Judgment. (Doc. 16). In addition to seeking a default judgment against Defendants on all issues of liability, Plaintiff requests a hearing on the issue of damages and attorney's fees and costs. Having considered the Clerk of the Court's entries of default and the Motion for Default Judgment, the Court determines that default judgment will be entered against Defendants on all issues of liability. Furthermore, the Court will refer the matter of a damages hearing to the Magistrate Judge.

    IT IS ORDERED that

    1. Plaintiff's Motion for Default Judgment (Doc. 16) is granted;

    2. default judgment on all issues of liability is entered in favor of Plaintiff and against Defendants; and

3. the issue of damages arising from this default judgment is reserved at this time so that the Magistrate Judge can hold a damages hearing.

_____
UNITED STATES DISTRICT JUDGE