IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

vs.                                                     No. CIV 16-1238 KG/KK

THE MAIN EVENT SPORTS BAR & GRILL, LLC,
*doing business as*
The Main Event Sport Bar & Grill, and
SCOTT WAYNE BIBIANO,

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On July 11, 2018, Plaintiff filed their Motion to Enforce Settlement (Doc. 31). Defendants have not filed a response to the Motion within fourteen (14) calendar days after service of the Motion as required by D.N.M.LR 7.4(a).

IT IS THEREFORE ORDERED that, within fourteen (14) days of entry of this Order, Defendants shall show cause, in a written response, why the Motion to Enforce Settlement (Doc. 31) should not be granted and a judgment against the Defendants for $4,500 be entered.

IT IS HEREBY ORDERED.

_____
UNITED STATES DISTRICT JUDGE