IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

vs.                                          Civ. No. 16-1238 KG/KK

THE MAIN EVENT SPORTS BAR & GRILL, LLC,
*doing business as*
The Main Event Sport Bar & Grill, and
SCOTT WAYNE BIBIANO,

    Defendants.

## JUDGMENT

This matter comes before the Court upon its Order to Show Cause, filed August 9, 2018. (Doc. 32). The Court ordered that within 14 days of the entry of the Order to Show Cause "Defendants shall show cause, in a written response, why the Motion to Enforce Settlement (Doc. 31) should not be granted and a judgment against the Defendants for $4,500 be entered." (Doc. 32). Defendants have not responded to the Order to Show Cause as the Court ordered.

Having failed to comply with the Order to Show Cause,

IT IS ORDERED that

1. the Motion to Enforce Settlement (Doc. 31) is granted; and

2. a judgment against Defendants is entered in the amount of $4,500.

_____
UNITED STATES DISTRICT JUDGE